No. 81, Misc., October Term, 1949. EAGLE *v.* CHERNEY ET AL., 338 U. S. 837. Fifth petition for rehearing denied.

### MARCH 3, 1951.

No. 240, Misc. FERNANDEZ *v.* NEW YORK, *ante,* p. 914. The petition for rehearing is denied.

### MARCH 5, 1951.

No. 551. MARSH ET AL. *v.* CITY OF EL DORADO. *Per Curiam:* The appeal is dismissed for the want of a substantial federal question. *Henry B. Whitley* for appellants. *J. A. O'Connor, Jr.* for appellee.

No. 89. UNITED STATES EX REL. KNAUFF *v.* McGRATH, ATTORNEY GENERAL, ET AL.

*Per Curiam:* The petition for writ of certiorari is granted. The judgment of the Court of Appeals is vacated and the cause is remanded to the District Court with directions to vacate its order and to dismiss the proceeding upon the ground that the cause is moot. MR. JUSTICE CLARK took no part in the consideration or decision of this case. *Gunther Jacobson* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney, Robert S. Erdahl* and *Philip R. Monahan* for respondents.

No. 376, Misc. FOSTER *v.* HUDSPETH, WARDEN. Petition for writ of certiorari to the Supreme Court of Kansas dismissed on motion of petitioner.